UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK AARON HAYNIE; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>KAMALA D. HARRIS, Attorney General, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE,<br><br>        Defendants - Appellees. | No. 14-15531<br><br>D.C. No. 3:10-cv-01255-SI<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Margaret Corrigan, Circuit Mediator, at 415-355-7905, or margaret_corrigan@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                          FOR THE COURT:

                                          Beatriz Smith

bs/mediation                             Deputy Clerk