

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK AARON HAYNIE; et al., | No. 14-15531 |
| Plaintiffs - Appellants, | D.C. No. 3:10-cv-01255-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| KAMALA D. HARRIS, Attorney General, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, | ORDER |
| Defendants - Appellees. | |

The parties' joint motion to extend the due dates for the opening and answering brief is granted. The opening brief is due June 23, 2014. The answering brief is due August 25, 2014. The optional reply brief is due within 14 days after service of the answering brief.

Movant is reminded that any request for extension of time to file a brief should include a statement that the court reporter is not in default with regard to any designated transcripts. 9th Cir. 31-2.2(b)(7).

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court
        Linda K. King
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
          and Ninth Circuit Rule 27-10