| KAMALA D. HARRIS  *Attorney General* | State of California  **DEPARTMENT OF JUSTICE** |  |
KAMALA D. HARRIS
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5781
Facsimile: (415) 703-1234
E-Mail: Jose.ZelidonZepeda@doj.ca.gov

March 25, 2016

*Via Electronic Filing*
Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RE: *Haynie, et al. v. Harris, et, al.* (availability for oral argument)
<u>United States Court of Appeals for the Ninth Circuit, Case No. 14-15531</u>

Dear Ms. Dwyer:

    Defendants received the Court's notice that this case is being considered for placement on the July 2016 San Francisco oral argument calendar. Counsel who will be arguing for Defendants is not available July 5-8, 2016. Accordingly, Defendants respectfully request that the case be placed on the calendar for the July 18-22 sitting.

    Sincerely,

    s/ *Jose A. Zelidon-Zepeda*
    JOSE A. ZELIDON-ZEPEDA
    Deputy Attorney General

For     KAMALA D. HARRIS
        Attorney General

SA2014115310
1415531_Letter.doc

# CERTIFICATE OF SERVICE

Case Name: *Haynie, et al. v. Harris, et, al.*   No. **14-15531**

I hereby certify that on March 25, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**LETTER TO THE CLERK OF THE COURT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 25, 2016, at San Francisco, California.

| M. T. Otanes | *s/ M. T. Otanes* |
|---|---|
| Declarant | Signature |

20836114.doc