# Law Offices of Donald Kilmer
A Professional Corporation

1645 Willow Street, Suite 150
San Jose, California 95125-5120
Don@DKLawOffice.com
Phone: 408/264-8489
Fax: 408/264-8487

March 27, 2016

    Via: **E-File**

Office of the Clerk
United States Court of Appeals
For the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939

    Re: *Haynie, et al v. Harris, et al* | Case No.: 14-15531
         District Court Case No.: 3:10-CV-01255-SI

Dear Clerk:

Appellants' Counsel is available for both the July 5-8 and July 18-22 oral argument calendars in San Francisco.

    Sincerely,

    /s/ Donald Kilmer

    Donald E. J. Kilmer, Jr.
    Attorney for Appellants

### CERTIFICATE OF SERVICE

Case Name: *Haynie, et al. v. Harris, et, al.*      Case No.: 14-15531

I hereby certify that on March 27, 2016, I electronically filed this document with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 27, 2016, at San Jose, California.

    /s/ Donald Kilmer
    Attorney for Appellants