# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| Field | Value |
|---|---|
| Case Number | 14-15531 |
| Case Title | Haynie, et al v. Harris, et al |

**assigned for hearing:**

| Field | Value |
|---|---|
| Date | July 22, 2016 |
| Time | 9:00 a.m. |
| Courtroom | 1, 3rd Floor, Rm 338 |
| Location | James R. Browning, U.S. Courthouse, 95 Seventh Street, San Francisco, CA 94103 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| Field | Value |
|---|---|
| Name | Donald Kilmer |
| Address | 1645 Willow Street, Suite 150 |
| City | San Jose |
| State | CA |
| Zip Code | 95125 |
| Phone | (408) 264-8489 |
| Email Address | don@dklawoffice.com |
| Party/parties represented | Appellants: Haynie, Richards, SAF, CGF. |
| Special needs you may require in the courtroom | N/A |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Field | Value |
|---|---|
| Signature (use "s/" format) | /s/ Donald Kilmer |
| Date | May 10, 2016 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190