FILED

JUL 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK AARON HAYNIE; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, <br><br> Defendants-Appellees. | No. 14-15531 <br><br> D.C. No. 3:10-cv-01255-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

On or before July 14, 2016, the parties are ordered to submit supplemental letter briefs not to exceed five pages addressing whether there remains a live case or controversy for which this court may grant effective relief in light of the July 1, 2016 amendment to California's Assault Weapons Control Act. *See* AB 1135 & SB 880, §§ 1 (amending Cal. Penal Code § 30515); *Consejo de Desarrollo Economico de Mexicali, A.C. v. United States*, 482 F.3d 1157, 1168 (9th Cir. 2007) ("If legislation passing constitutional muster is enacted while a case is pending on appeal that makes it impossible for the court to grant any effectual relief, the appeal must be dismissed as moot.").

The parties shall file the supplemental briefs electronically without submission of paper copies.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk