**FILED**

JUL 15 2016



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK AARON HAYNIE; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>KAMALA D. HARRIS, Attorney General, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE,<br><br>        Defendants - Appellees. | No. 14-15531<br><br>D.C. No. 3:10-cv-01255-SI<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The letter brief submitted by appellees on July 14, 2016 is filed.

Pursuant to the order filed on July 7, 2016, no paper copies of the brief are required.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk