
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK AARON HAYNIE; et al.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>KAMALA D. HARRIS, Attorney General, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE,<br><br>    Defendants-Appellees. | No.   14-15531<br><br>D.C. No. 3:10-cv-01255-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GRABER, and TALLMAN, Circuit Judges, and RAKOFF,[*] District Judge.

    Plaintiffs-Appellants' unopposed motion to file an oversized letter brief is GRANTED.

---

    [*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.