UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK AARON HAYNIE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellees. | No. 14-15531 <br><br> D.C. No. 3:10-cv-01255-SI <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The letter brief submitted by appellants on July 14, 2016 is filed.

Pursuant to the order filed on July 7, 2016, no paper copies of the brief are required.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk